UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN MICHAEL STONE, #828330,

    Plaintiff,

File no: 1:14-CV-338

v.

HON. ROBERT HOLMES BELL

PAUL KLEE and LEE McROBERTS,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF No. 25) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' motion for summary judgment (ECF No. 15) is **GRANTED**. Plaintiff's claims for damages against Defendants in their official capacities are **DISMISSED WITH PREJUDICE**, and the Plaintiff's remaining claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

Date: March 31, 2015            /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE